UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.*, DEBRA NORRIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:13-cv-00035 JUDGE SHARP |
| v. | ) ) | MAGISTRATE JUDGE BRYANT |
| MATTHEW ANDERSON, et al., | ) ) | **UNDER SEAL** |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the United States' and Tennessee's joint, unopposed, *ex parte* motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and the Tennessee Medicaid False Claims Act, Tenn. Code Ann. § 71-5-183(b)(3), for an extension of time, up to and including July 2, 2014, in which to determine whether to intervene in the above-captioned action:

**IT IS HEREBY ORDERED** that the United States and the State of Tennessee shall have until and including July 2, 2014, to notify the Court of their decision regarding intervention;

**IT IS FURTHER ORDERED** that the complaint and all other filings shall remain under seal until and including July 2, 2014, or until further order of the Court.

_____
Honorable Kevin H. Sharp
United States District Judge

Dated: January 3, 2014