UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID G. FLORENCE, <br><br> Defendant. | Case No. 2:13-cv-00035 <br><br> Magistrate Judge Alistair E. Newbern |

## ORDER

Defendant David Florence has filed the COVID-19 PCR test results as directed by the Court's prior order (Doc. No. 342). Although the test results state that SARS-CoV-2 RNA was not detected (Doc. No. 346), Florence reports that he is "feverish, coughing, and short of breath" (Doc. No. 345). The test result also states that Florence is "[s]ymptomatic as defined by CDC." (Doc. No. 346). The Court's COVID-19 safety protocol does not permit a person experiencing COVID-19 symptoms to enter the courthouse. Accordingly, the Court will not convene the trial of this matter on December 7, 2021.

Florence is ORDERED to file a statement of whether he is experiencing COVID-19 symptoms supported by a doctor's confirmation by noon on December 7, 2021, and shall file a statement of his symptoms by noon every weekday thereafter until further order of the Court. The Court may order that Florence provide additional medical documentation of his symptoms or COVID-19 test results by further order. The jury panel remains on call, and the Court intends to convene the trial at the earliest opportunity allowed by COVID-19 protocols.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge