UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID G. FLORENCE, <br><br> Defendant. | Case No. 2:13-cv-00035 <br><br> Magistrate Judge Alistair E. Newbern |

## **ORDER**

For the reasons stated in the December 8, 2021 telephonic hearing, the jury trial of this matter will not convene on December 9, 2021.

Defendant David Florence will provide the results of the medical examination performed on December 8, 2021, to his counsel within one hour of receiving them. Counsel shall file the results within one hour of receiving them from Florence. If counsel receive the results after business hours, they shall ensure the results are filed no later than 9:00 a.m. on December 9, 2021.

Counsel shall file a statement accompanying the results that includes the time that Florence arrived at the clinic for his examination on December 8, 2021.

Florence's counsel shall obtain rapid-result COVID-19 tests before noon on December 9, 2021.

A telephone conference is set on December 9, 2021, at noon. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge